IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:                                          CASE NO: 10-70494-HDH-13
LACRETIA FAYE LAMB                DATED: February 12, 2014
                                                    HEARING DATE: February 12, 2014
                                                    HEARING TIME: 10:30 AM

**NOTICE OF WITHDRAWAL OF THE TRUSTEE'S MOTION TO DISMISS**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, AND HEREBY WITHDRAWS his "MOTION TO DISMISS" without prejudice to refilling the same, for the Motion dated 12-11-2013.

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal of the Trustee's Motion to Dismiss was this date served on the following parties electronically or by U.S first class mail:

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

Debtor Attorney
  MONTE J WHITE
  ATTORNEY AT LAW
  1106 BROOK AVE HAMILTON PLACE
  WICHITA FALLS TX 76301-0000

United States Trustee
William T. Neary
1100 Commerce Street, RM 9C60
Dallas, TX 75242

Debtor1:
LACRETIA FAYE LAMB
1 CT CAPISTRANO #1

WICHITA FALLS TX 76310

Debtor 2: